

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| STICO MUTUAL INSURANCE COMPANY, RRG, As Subrogee to Plaintiff MODERN WELDING COMPANY OF TEXAS, INC., | § § § | No. 08-12-00011-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st Judicial District Court |
| ADVANCED POLYMER COATINGS, INC. AND TECHNI-KOTE, INC., | § § | of El Paso County, Texas |
| Appellees. | § | (TC# 2009-1176) |

## <u>J U D G M E N T</u>

The Court has considered this cause on the record and concludes there was error in the summary judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings consistent with this Court's opinion. We further order that Appellant recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF SEPTEMBER, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.